**In re: Imani ABDUS–SABIR, Petitioner.**

**No. 14–2058.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. June 12, 2014.

Opinion filed: June 20, 2014.

Imani Abdus–Sabir, Newark, NJ, pro se.

**OPINION**

PER CURIAM.

Petitioner Imani Abdus–Sabir filed in this Court a petition for writ of mandamus pursuant to 28 U.S.C. § 1651, seeking an order that the United States District Court of New Jersey be compelled to rule on his motions for the appointment of counsel and for leave to proceed *in forma pauperis.* He then filed a similar petition in the District Court, along with a renewed application to proceed *in forma pauperis.* Subsequently, by order entered on June 9, 2014, the District Court ruled on the motion for the appointment of counsel and the renewed application to proceed *in forma pauperis.* Accordingly, we will deny Abdus–Sabir's mandamus petition as moot.

1. The District Court denied the application to proceed *in forma pauperis* on the ground that a portion of the renewed application was illegible. Because the District Court's dismissal of Abdus–Sabir's complaint was without prej-

udice, he is not precluded from pursuing his case there by once again filing a complaint accompanied by a legible version of the documents required by 28 U.S.C. § 1915(a)(2).